UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SPARANEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO. 3:20-cv-02054<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 30th day of March, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for disability insurance benefits is **VACATED** and **REMANDED** for further proceedings;

2. On remand, it is suggested that the Commissioner assign this case to a different ALJ;

3. The Clerk is directed to enter **JUDGMENT** in favor of the plaintiff and against the Commissioner; and

- 2 -

4. The Clerk is directed to mark this case as **CLOSED**.

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
